United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN D. AGUSTIN,

   Plaintiff,         No. C 05-02955 JSW

 v.

COUNTY OF ALAMEDA, et al.,     **ORDER DENYING PLAINTIFF'S**
                  **MOTION FOR A COURT**
     Defendants.      **APPOINTED ATTORNEY**
_____/

   Plaintiff Benjamin D. Agustin moves the Court for appointment of counsel. Having reviewed Plaintiff's papers, the request is DENIED. Plaintiff is not an indigent litigant who may lose his physical liberty if he loses the litigation and therefore has no right to counsel in this case. *See Lassiter v. Dept of Soc. Servs*, 452 U.S. 18, 25 (1981). Nor are there funds available to the Court to compensate appointed counsel.

   In civil cases that are not brought under Title VII, the district court may appoint counsel for litigants proceeding in forma pauperis pursuant to 28 U.S.C. § 1915(e). Under this statute, the court cannot require counsel to represent such litigants, but may request such representation on a pro bono basis. *Mallard v. United States Dist. Court*, 490 U.S. 296, 303-06 (1989). Thus, the Court will consider a request for appointment of counsel only if the plaintiff establishes that he cannot afford an attorney. Additionally, the Court may appoint counsel under § 1915(e) only under "exceptional circumstances." *See Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997) (citing *Aldabe v. Aldabe*, 616 F.2d 1089, 1093 (9th Cir. 1980)).

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California

Agustin has not made a sufficient showing with respect to the above articulated factors. Agustin has not demonstrated to the satisfaction of this Court, that he has investigated the possibility of retaining pro bono counsel to handle his case.  Without making any endorsement in this regard, Plaintiff is advised that the Alameda County Bar Association operates a lawyer referral service that may be helpful in securing pro bono counsel.

In addition, Agustin has not made a sufficient showing of merit in his complaint to justify a search by the Court for volunteer counsel willing to accept an appointment. Accordingly, Agustin's request for appointment of counsel is DENIED.

**IT IS SO ORDERED.**

Dated:  December 14, 2005

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2